IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
MAR 02 2017
Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–40–M–DWM |
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| ROAM SAVAGE CHANDLER, | |
| Defendant. | |

The United States seeks a preliminary order of forfeiture for a Samsung Galaxy phone belonging to Defendant Roam Savage Chandler. (Doc. 22.) Chandler appeared before this Court on January 24, 2017, and entered a plea of guilty to Counts I and III of the Indictment filed October 5, 2016. (Doc. 19.) Chandler's plea provides factual basis and cause to issue a preliminary order of forfeiture pursuant to 18 U.S.C. § 1594(d)(1) and Rule 32.2 of the Federal Rules of Criminal Procedure.

Accordingly, IT IS ORDERED that the motion is GRANTED. IT IS FURTHER ORDERED that Chandler's interest in the following property is forfeited to the United States, in accordance with 18 U.S.C. § 1594(d)(1) and Fed.

R. Crim P. 32.2:

- Black Samsung Galaxy S5 Cell Phone, Serial No. 90007370077452

IT IS FURTHER ORDERED that the United States Marshals Service, or its designated sub-custodian, shall, prior to disposition of the Samsung Galaxy phone, seize the phone and further make its return to this Court as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third-parties asserting a legal interest in the Samsung Galaxy phone, and shall post notice on an official government internet site (http://www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, of this Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to inform the Court on having done so.

IT IS FURTHER ORDERED that any person, other than Chandler, asserting a legal interest in the Samsung Galaxy phone, within 30 days of the final publication of notice or receipt of notice under the preceding paragraph, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest in the property. The hearing shall be held before the Court

alone, without a jury. Following the disposition of any third-party interests, the Court shall, if appropriate, enter a final order of forfeiture as to the Samsung Galaxy phone, vesting clear title in the United States of America.

DATED this 2nd day of March, 2017.

Donald W. Molloy, District Judge
United States District Court