
FILED
MAY 15 2017
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROAM SAVAGE CHANDLER,<br><br>Defendant. | CR 16–40–M–DWM<br><br>FINAL ORDER OF FORFEITURE |

The United States seeks a Final Order of Forfeiture forfeiting Defendant Roam Chandler's right, title, and interest in a Samsung Galaxy cell phone. (Doc. 41.) The motion is unopposed. Having reviewed the motion and brief, the Court FINDS:

1. the United States commenced this action pursuant to 18 U.S.C. § 1594(d)(1);

2. a Preliminary Order of Forfeiture was entered on March 2, 2017;

3. all known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1);

4. it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 1594(d)(1).

Accordingly, IT IS ORDERED that the motion for Final Order of Forfeiture is GRANTED. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 1594(2)(1) free from the claim of any other party:

- Black Samsung Galaxy S5 Cell Phone, Serial No. 90007370077452.

The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with the law.

DATED this 15th day of May, 2017.

Donald W. Molloy, District Judge
United States District Court